UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| QUINCY D. SANDERS,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>    Defendant. | No. 1:07-cv-760-SEB-TAB |

**E N T R Y**

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to proceed as directed in the Entry of July 10, 2007.

Judgment dismissing this action without prejudice shall now issue.

This disposition does not affect the plaintiff's obligation to pay the filing fee.

**IT IS SO ORDERED.**

Date: 08/22/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana