UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| QUINCY D. SANDERS,<br>    Plaintiff,<br> vs.<br>JOHN DOE,<br>    Defendant. | No. 1:07-cv-760-SEB-TAB |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 08/22/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Quincy D. Sanders
DOC #865809
New Castle Correctional Facility
P. O. Box A
New Castle, IN   47362